The court delivered an order.
GRIFFIN, J.
(pp. 438-40), delivered a separate opinion concurring in the result only.
ORDER
The plaintiff, Douglas Walter Greene, moves pursuant to Sixth Circuit Rule 45(c) to reconsider the January 13, 2017, clerk’s orders denying him electronic filing privileges. Greene sought leave to file electronically in December 2016, citing an overseas address and frequent travel. Consistent ■with the rules of our court, the clerk denied the motions and directed him to file in paper. See 6 Cir. R. 25(b)(2)(A). As grounds for reconsideration, Greene cites the relative lack of financial and administrative resources as compared to the defendants.
While Greene has demonstrated an historic ability to navigate CM7ECF, he does not here justify disregarding local rule. All future filings shall be made in paper. He may register with PACER as a Public Interested Person to receive notices of docket activity and monitor real-time case progress. The motions to reconsider are DENIED.